UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DEBRA J. FULMER,

                                   Plaintiff,

   **-v.-**

                                   Civil Action No.
                                   5:08-cv-740 (GLS/VEB)

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,

                                 Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                       OF COUNSEL:

**FOR THE PLAINTIFF:**

Iaconis, Baum Law Firm            KEITH R. WOLFE, ESQ.
282 Genesee Street
P.O. Box 250
Chittenango, New York 13037

**FOR THE DEFENDANT:**

Social Security Administration      SHEENA V. WILLIAMS-BARR,
Office of Regional General Counsel  ESQ.
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed June 28, 2010.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed June 28, 2010 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the Commissioner's decision denying disability benefits be REMANDED for further proceedings in accordance with the report-recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g), and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties.

IT IS SO ORDERED

Dated:	August 13, 2010
	Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge